## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **SILVER STAR PROPERTIES REIT, INC.;** | § | |
| **SILVER STAR CRE LLC;** | § | **Civil Action No.** |
| **SILVER STAR CRE II LLC; and** | § | _____ |
| **SILVER STAR DELRAY LLC,** | § | |
| | § | [Removed from the Texas |
| Plaintiffs, | § | Business Court, Eighth |
| | § | Division, Cause No. |
| v. | § | 25-BC08B-0016] |
| | § | |
| **BSPRT CRE FINANCE LLC;** | § | Related Bankruptcy Case: |
| **FBRED BDC FINANCE LLC; and** | § | *In re Silver Star* |
| **BSPRT CS LOAN LLC,** | § | *Properties REIT, Inc.,* |
| | § | *CaseNo.26-42316-mxm11* |
| Defendants. | § | (Chapter 11) |
| | § | |
| | § | |

## NOTICE OF REMOVAL BY DEBTOR-IN-POSSESSION
## SILVER STAR PROPERTIES REIT, INC.

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Silver Star Properties REIT, Inc. ("SSPR" or the "Debtor"), the debtor and debtor-in-possession in the above-referenced Chapter 11 case, files this *Notice of Removal* pursuant to 28 U.S.C. §§ 1334 and 1452(a) and Rule 9027 of the Federal Rules of Bankruptcy Procedure, removing to this Court the civil action styled *Silver Star Properties REIT, Inc.; Silver Star CRE LLC; Silver Star CRE II LLC; and Silver Star Delray LLC v. BSPRT CRE Finance LLC; FBRED BDC Finance LLC; and BSPRT CS Loan LLC*, Cause No. 25-BC08B-0016, pending in the Texas

Business Court, Eighth Division, Fort Worth, Texas (the "State Court Action"). In support of this removal, the Debtor respectfully shows the Court as follows:

## I.  THE STATE COURT ACTION

1.  The State Court Action was originally filed on or about July 14, 2025, in the 48th District Court of Tarrant County, was removed on or about August 8, 2025, to the Texas Business Court, Eighth Division, Fort Worth, Texas, and bears Cause No. 25-BC08B-0016. The plaintiffs in the State Court Action are SSPR (the Debtor), Silver Star CRE LLC, Silver Star CRE II LLC, and Silver Star Delray LLC (collectively, the "Plaintiffs"). The defendants are BSPRT CRE Finance LLC, FBRED BDC Finance LLC, and BSPRT CS Loan LLC (collectively, the "Defendants").

2.  The State Court Action asserts claims sounding in lender liability and violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961–1968 ("RICO"), together with related state-law claims, arising from the Defendants' alleged conduct in connection with secured lending facilities and related transactions.

3.  As of the filing of this Notice of Removal, the State Court Action remains pending; no trial has commenced; and no final judgment has been entered.

4.  True and correct copies of all process, pleadings, and orders served upon or filed by the Debtor in the State Court Action are filed contemporaneously herewith as required by Federal Rule of Bankruptcy Procedure 9027(a)(1). *See Exhibits attached hereto*.

## II.  THE BANKRUPTCY CASE

5.  On May 28, 2026 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the

"Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Bankruptcy Case").

6.      The Debtor continues to operate its business and manage its property as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or official committee has been appointed in the Bankruptcy Case.

7.      Each of the Plaintiffs other than SSPR is an affiliate of the Debtor within the meaning of 11 U.S.C. § 101(2), and the claims asserted in the State Court Action will affect the property of the estate and the administration of the Bankruptcy Case.

### III.  GROUNDS FOR REMOVAL

8.      This Court has subject matter jurisdiction over the State Court Action under 28 U.S.C. § 1334(b) because the State Court Action is, at a minimum, "related to" the Bankruptcy Case. The outcome of the State Court Action could conceivably have an effect on the bankruptcy estate, including by augmenting estate assets, affecting the extent and validity of liens asserted against the estate, and affecting the allocation of recoveries among creditors. *In re Wood*, 825 F.2d 90, 93 (5th Cir. 1987); *see also Pacor, Inc. v. Higgins*, 743 F.2d 984, 994-995 (3d Cir. 1984).

9.      This Court also has original jurisdiction over claims asserted under RICO pursuant to 28 U.S.C. § 1331 and 18 U.S.C. § 1964. The remaining state-law claims are within the Court's supplemental jurisdiction under 28 U.S.C. § 1367(a).

10.     Removal is authorized by 28 U.S.C. § 1452(a), which permits a party to remove any claim or cause of action in a civil action (other than proceedings before the United States Tax Court or civil actions by a governmental unit to enforce its police or regulatory power) to the district court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under 28 U.S.C. § 1334.

**11.**    Venue is proper in this district under 28 U.S.C. § 1452(a) because the State Court Action is pending in the Texas Business Court, Eighth Division, Fort Worth, Texas, which sits in Tarrant County, a county within the Fort Worth Division of the Northern District of Texas. See 28 U.S.C. § 124(a)(2).

**12.**    This Notice of Removal is timely under Federal Rule of Bankruptcy Procedure 9027(a)(2) because it is filed within ninety (90) days after the order for relief in the Bankruptcy Case, which was entered on the Petition Date.

### IV.  CORE / NON-CORE DESIGNATION AND CONSENT

**13.**    Pursuant to Federal Rule of Bankruptcy Procedure 9027(a)(1), the Debtor states that the claims and causes of action asserted in the State Court Action are non-core proceedings within the meaning of 28 U.S.C. § 157(c). The claims arose pre-petition, are based on causes of action that exist independently of the Bankruptcy Code, and could have been brought in a forum other than the bankruptcy court.

**14.**    The Debtor **DOES NOT** consent to the entry of final orders or judgment by the bankruptcy court on the non-core claims and causes of action removed by this Notice. The Debtor reserves all rights under *Stern v. Marshall*, 564 U.S. 462 (2011), and its progeny, and respectfully requests that the bankruptcy court submit proposed findings of fact and conclusions of law to the district court for de novo review and entry of final judgment in accordance with 28 U.S.C. § 157(c)(1) and Federal Rule of Bankruptcy Procedure 9033.

**15.**    The Debtor further reserves the right to demand a jury trial on any and all claims so triable.

Notice of Removal – *Silver Star Properties REIT, Inc., et al. v. BSPRT CRE Finance LLC, et al.*, p. 4

## V.  PROCEDURAL COMPLIANCE

**16.**     Pursuant to Federal Rule of Bankruptcy Procedure 9027(b), the Debtor will promptly serve a copy of this Notice of Removal on all parties to the State Court Action.

**17.**     Pursuant to Federal Rule of Bankruptcy Procedure 9027(c), the Debtor will promptly file a copy of this Notice of Removal with the Clerk of the Texas Business Court, Eighth Division, Fort Worth, Texas, together with a notice of filing, in order to effect removal of the State Court Action to this Court.

**18.**     Pursuant to 28 U.S.C. § 1446(d), the filing and service contemplated by Paragraphs 16 and 17 shall effect removal and the State Court shall proceed no further unless and until the case is remanded.

## VI.  RESERVATION OF RIGHTS

**19.**     The Debtor expressly reserves all rights, claims, defenses, counterclaims, cross-claims, and objections, including without limitation objections to personal or subject matter jurisdiction, venue, service, and the sufficiency of the pleadings in the State Court Action, and the filing of this Notice of Removal shall not constitute a waiver of any such rights.

## PRAYER

WHEREFORE, the Debtor respectfully requests that the State Court Action be removed from the Texas Business Court, Eighth Division, Fort Worth, Texas to the United States District Court for the Northern District of Texas, Fort Worth Division, and thereafter referred to the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division, pursuant to the standing order of reference, and that this Court grant the Debtor such other and further relief, at law or in equity, to which the Debtor may be justly entitled.

Notice of Removal – *Silver Star Properties REIT, Inc., et al. v. BSPRT CRE Finance LLC, et al.*, p. 5

Respectfully submitted,

Walter L. Taylor
State Bar No. 19727030
*taylorlawfirmdfw@gmail.com*
**TAYLOR LAW FIRM**
6630 Colleyville Blvd, Suite 200
Colleyville, Texas 76034
Tel: (817) 770-4343
Tel: (512) 474-6600
Fax: (512) 474-6700
**ATTORNEY FOR PLAINTIFFS SILVER STAR PROPERTIES REIT, INC., SILVER STAR CRE LLC, SILVER STAR CRE II LLC, AND SILVER STAR DELRAY LLC**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify by my signature above that a true and correct copy of the foregoing document has this day been served electronic service upon the following, on this 28th day of May, 2026:

**Jacob Sparks**
Email: *Jacob.Sparks@NelsonMullins.com*

**Brent T. Buyse**
Email: *Brent.Buyse@NelsonMullins.com*

**Xenna Davis**
Email: *Xenna.Davis@NelsonMullins.com*

**NELSON MULLINS RILEY &SCARBOROUGH, LLP**

Notice of Removal – *Silver Star Properties REIT, Inc., et al. v. BSPRT CRE Finance LLC, et al.*, p. 6

JS 44 (Rev. 04/21) (TXND 4/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question *(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product      Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability   ☐ 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel &      Pharmaceutical   Slander      Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'      Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability   ☐ 368 Asbestos Personal   ☐ 340 Marine      Injury Product   ☐ 345 Marine Product      Liability | | ☐ 835 Patent - Abbreviated New Drug Application ☐ 840 Trademark | ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | Liability   **PERSONAL PROPERTY**   ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability   ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal      Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury   ☐ 385 Property Damage   ☐ 362 Personal Injury -      Product Liability      Medical Malpractice | ☐ 740 Railway Labor Act ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation ☐ 791 Employee Retirement | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate | | or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/      Sentence | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations   ☐ 530 General | | 26 USC 7609 | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty      Employment   **Other:** | **IMMIGRATION** | | Agency Decision ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other      Other   ☐ 550 Civil Rights | ☐ 462 Naturalization Application ☐ 465 Other Immigration | | State Statutes |
| | ☐ 448 Education   ☐ 555 Prison Condition      ☐ 560 Civil Detainee -      Conditions of      Confinement | Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE Mullin

DOCKET NUMBER 26-42316-mxm11

DATE

SIGNATURE OF ATTORNEY OF RECORD

*Walter L Taylor*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)**    **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)**    **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)**    **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**    **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**    **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.**    **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.**    **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.**    **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.**  This section of the JS 44 is used to reference related cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

Supplemental Civil Cover Sheet
Page **1** of **2**

## Supplemental Civil Cover Sheet for Cases Removed
## From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1.  **State Court Information:**

    Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

    | Court | Case Number |
    | --- | --- |
    |  |  |

2.  **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

    | Party and Party Type | Attorney(s) |
    | --- | --- |
    |  |  |
    |  |  |
    |  |  |
    |  |  |
    |  |  |

3.  **Jury Demand:**

    Was a Jury Demand made in State Court?          Yes                    No

    If "*Yes,*" by which party and on what date?

    _____          _____
    Party                                                                                     Date

Supplemental Civil Cover Sheet
Page **2** of **2**

4. **Answer:**

Was an Answer made in State Court?        Yes                    No

   If "*Yes*," by which party and on what date?

   _____        _____
   Party                                            Date

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason(s) for No Service |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| Party | Reason |
|---|---|
|  |  |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
|  |  |